UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOEL CHRISTOPHER HOLMES, | ) |
| | ) CASE NO. C11-0397-RAJ |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF DISMISSAL |
| HONORABLE DANIEL T. SATTERBERG, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| _____ | ) |

This matter comes before the court on Petitioner's objections to the Report and Recommendation ("R&R") of United States Magistrate Judge Mary Alice Theiler, as well as Petitioner's motion for a certificate of appealability. The court has reviewed the R&R, Petitioner's objections, and the balance of the record. The court orders as follows:

(1) The court adopts the R&R and overrules Petitioner's objections.

(2) The court DENIES Petitioner's 28 U.S.C. § 2254 habeas petition and DISMISSES this action;

(3) The court concurs with the R&R's conclusion that no certificate of appealability should issue, and therefore DENIES Petitioner's motion for a certificate of

ORDER OF DISMISSAL
PAGE -1

appealability;

(4) The court directs the clerk to enter judgment for Respondents;

(5) The court directs the clerk to send copies of this Order to petitioner and to Magistrate Judge Mary Alice Theiler.

DATED this 30th day of November, 2011.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF DISMISSAL
PAGE -2